**DISMISS and Opinion Filed August 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00614-CV**

**SPRING CREEK PLA INVESTORS, LLC, Appellant**
**V.**
**VICTORIA ROMOLO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-04135-2021**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220614F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

SPRING CREEK PLA
INVESTORS, LLC, Appellant

No. 05-22-00614-CV     V.

VICTORIA ROMOLO, Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-04135-2021.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee VICTORIA ROMOLO recover her costs of this appeal from appellant SPRING CREEK PLA INVESTORS, LLC.

Judgment entered August 29, 2022